UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | NIEMIEC, TOM A. | § | Case No. 10-05718 |
|---|---|---|---|
| | NIEMIEC, MARJORIE | § | |
| | NIEMIEC, MARGE | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/19/2011 in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/15/2011        By:    /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: NIEMIEC, TOM A. | § | Case No. 10-05718 |
| NIEMIEC, MARJORIE | § | |
| | § | |
| Debtor(s) NIEMIEC, MARGE | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    18,000.97

*and approved disbursements of*      $    14.42

*leaving a balance on hand of* [1]      $    17,986.55

**Balance on hand:**      $    17,986.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    17,986.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,550.10 | 0.00 | 2,550.10 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,928.50 | 0.00 | 3,928.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 112.87 | 0.00 | 112.87 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 900.00 | 0.00 | 900.00 |

Total to be paid for chapter 7 administration expenses:    $    7,491.47
Remaining balance:    $    10,495.08

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,495.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,495.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,287.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,655.91 | 0.00 | 1,122.42 |
| 2 | Chase Bank USA, N.A. | 20,673.02 | 0.00 | 2,403.05 |
| 3 | Chase Bank USA, N.A. | 24,988.81 | 0.00 | 2,904.71 |
| 4 | Chase Bank USA, N.A. | 11,249.11 | 0.00 | 1,307.60 |
| 5 | Fia Card Services/BofA, by American Infosource, as its agent | 11,351.91 | 0.00 | 1,319.55 |
| 6 | Fia Card Services/BofA by American Infosource as its agent | 9,479.08 | 0.00 | 1,101.85 |
| 7 | GE Money Bank c/o Recovery Mgmt Systems Corp. | 2,889.70 | 0.00 | 335.90 |

Total to be paid for timely general unsecured claims: $ 10,495.08
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-05718-SPS
Tom A. Niemiec                                                  Chapter 7
Marjorie Niemiec
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 1            Date Rcvd: Jun 16, 2011
                              Form ID: pdf006            Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2011.
db/jdb       +Tom A. Niemiec,    Marjorie Niemiec,    828 Graceland,    Apt. 506,    Des Plaines, IL 60016-6425
aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15102534      BK of Amer,    4060 Ogletown/Stanton Rd.,    Newark, DE 19713
15861873      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15102535     +Chasecard,    201 N. Walnut St.,    DE1-1027,    Wilmington, DE 19801-2920
15102536      Citi,    c/o Citi Corp.,    PO Box 6500,    Sioux Falls, SD 57117-6500
15102538     +GEMB/SELE,    c/o Recovery Management Systems Corp,    25 S E 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
15102539     +GMAC MTG,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
15102540    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Carson,    PO Box 15524,    Wilmington, DE 19850)
15102541     +Judith Strand,    1480 Jefferson,    Des Plaines, IL 60016-4485
15102542     +THD/CBSD,    CCS Gray OPS Center,    541 Sid Martin Road,    Gray, TN 37615-6210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15102537      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21      Discover Cd,    PO Box 15316,
               Wilmington, DE 19850
15824595      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
15984380      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 00:02:14
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16057003      E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:51      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**                **Signature:** *Joseph Speetjens*