**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  NIEMIEC, TOM A.                              §   Case No. 10-05718
      NIEMIEC, MARJORIE                        §
                                               §
Debtor(s) NIEMIEC, MARGE                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt:  $35,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,495.30     Claims Discharged
                                                 Without Payment:  $90,542.24

Total Expenses of Administration: $7,505.89

---

    3)  Total gross receipts of $   18,001.19   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $18,001.19
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $169,606.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,505.89 | 7,505.89 | 7,505.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,652.00 | 90,287.54 | 90,287.54 | 10,495.30 |
| **TOTAL DISBURSEMENTS** | $268,258.00 | $97,793.43 | $97,793.43 | $18,001.19 |

    4) This case was originally filed under Chapter 7 on February 15, 2010. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011          By: /s/EUGENE CRANE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cabin/Cottage 6497 Landing Lake Rd, Land o Lakes | 1110-000 | 18,000.00 |
| Interest Income | 1270-000 | 1.19 |
| **TOTAL GROSS RECEIPTS** | | **$18,001.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC MTG | 4110-000 | 117,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC MTG | 4110-000 | 52,606.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$169,606.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,550.10 | 2,550.10 | 2,550.10 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,928.50 | 3,928.50 | 3,928.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 112.87 | 112.87 | 112.87 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Popowcer Katten, Ltd. | 3410-000 | | N/A | 900.00 | 900.00 | 900.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 14.42 | 14.42 | 14.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 7,505.89 | 7,505.89 | 7,505.89 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,257.00 | 9,655.91 | 9,655.91 | 1,122.44 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 20,240.00 | 20,673.02 | 20,673.02 | 2,403.09 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 24,526.00 | 24,988.81 | 24,988.81 | 2,904.77 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,891.00 | 11,249.11 | 11,249.11 | 1,307.63 |
| 5 | Fia Card Services/BofA, by American Infosource, as its | 7100-000 | 11,032.00 | 11,351.91 | 11,351.91 | 1,319.58 |
| 6 | Fia Card Services/BofA by American Infosource as its | 7100-000 | 9,149.00 | 9,479.08 | 9,479.08 | 1,101.88 |
| 7 | GE Money Bank c/o Recovery Mgmt Systems Corp. | 7100-000 | 2,807.00 | 2,889.70 | 2,889.70 | 335.91 |
| NOTFILED | HSBC/Carson | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi c/o Citi Corp. | 7100-000 | 9,851.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBSD CCS Gray OPS Center | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 98,652.00 | 90,287.54 | 90,287.54 | 10,495.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-05718  
Case Name: NIEMIEC, TOM A.  
NIEMIEC, MARJORIE  
Period Ending: 09/13/11

Trustee: (330350) EUGENE CRANE  
Filed (f) or Converted (c): 02/15/10 (f)  
§341(a) Meeting Date: 03/22/10  
Claims Bar Date: 10/01/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Condominium 828 Graceland, Apt. 506, Des Plaines | 180,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cabin/Cottage 6497 Landing Lake Rd, Land o Lakes | 35,000.00 | 35,000.00 | | 18,000.00 | FA |
| 3 | Checking Account Midwest Bank | 250.00 | 0.00 | | 0.00 | FA |
| 4 | TV & Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Life Insurance Policies Term Death Benefit Only | Unknown | Unknown | | 0.00 | FA |
| 7 | ERISA Qualified 401k | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Ford Escort | 525.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Dodge Durango | 3,055.00 | 655.00 | | 0.00 | FA |
| 10 | Dog | 50.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.19 | FA |
| 11 | Assets  Totals (Excluding unknown values) | $220,180.00 | $35,655.00 | | $18,001.19 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    June 30, 2011            Current Projected Date Of Final Report (TFR):    June 15, 2011  (Actual)

Printed: 09/13/2011 08:30 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-05718 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | NIEMIEC, TOM A. | | Bank Name: | The Bank of New York Mellon |
| | NIEMIEC, MARJORIE | | Account: | 9200-******45-65 - Money Market Account |
| Taxpayer ID #: | **-***1358 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/08/10 | {2} | Judith Strand | Right title and interest settlement for Land O'Lakes property | 1110-000 | 18,000.00 | | 18,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 18,000.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,000.25 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,000.40 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 18,000.53 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-05718, ~ Blanket Bond #016026455 | 2300-000 | | ! 14.42 | 17,986.11 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 17,986.26 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,986.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 17,986.55 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,986.69 |
| 07/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 17,986.77 |
| 07/19/11 | | To Account #9200******4566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 17,986.77 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,001.19 | 18,001.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,986.77 | |
| | | | Subtotal | | 18,001.19 | 14.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,001.19 | $14.42 | |

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 09/13/2011 08:30 AM   V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-05718 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | NIEMIEC, TOM A. | | Bank Name: | The Bank of New York Mellon |
| | NIEMIEC, MARJORIE | | Account: | 9200-******45-66 - Checking Account |
| Taxpayer ID #: | **-***1358 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/19/11 | | From Account #9200******4565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 17,986.77 | | 17,986.77 |
| 07/19/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $2,550.10, Trustee Compensation;  Reference: | 2100-000 | | 2,550.10 | 15,436.67 |
| 07/19/11 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $900.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 900.00 | 14,536.67 |
| 07/19/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,928.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,928.50 | 10,608.17 |
| 07/19/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $112.87, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 112.87 | 10,495.30 |
| 07/19/11 | 105 | Discover Bank | Dividend paid  11.62% on $9,655.91; Claim# 1; Filed: $9,655.91<br>Account xxxx4676 | 7100-000 | | 1,122.44 | 9,372.86 |
| 07/19/11 | 106 | Chase Bank USA, N.A. | Dividend paid  11.62% on $20,673.02; Claim# 2; Filed: $20,673.02<br>Account xxxx7417 | 7100-000 | | 2,403.09 | 6,969.77 |
| 07/19/11 | 107 | Chase Bank USA, N.A. | Dividend paid  11.62% on $24,988.81; Claim# 3; Filed: $24,988.81<br>  Account xxxx3346 | 7100-000 | | 2,904.77 | 4,065.00 |
| 07/19/11 | 108 | Chase Bank USA, N.A. | Dividend paid  11.62% on $11,249.11; Claim# 4; Filed: $11,249.11<br>  Account xxxx9756 | 7100-000 | | 1,307.63 | 2,757.37 |
| 07/19/11 | 109 | Fia Card Services NA/Bank of America, by American Infosource | Dividend paid  11.62% on $11,351.91; Claim# 5; Filed: $11,351.91<br>  Account xxxx1582 | 7100-000 | | 1,319.58 | 1,437.79 |
| 07/19/11 | 110 | Fia Card Services NA/Bank of America by American Infosource | Dividend paid  11.62% on $9,479.08; Claim# 6; Filed: $9,479.08<br>  Account xxxx9758 | 7100-000 | | 1,101.88 | 335.91 |
| 07/19/11 | 111 | GE Money Bank | Dividend paid  11.62% on $2,889.70; Claim# 7; Filed: $2,889.70<br>  Select Comfort/GEMB Account xxxx8121 | 7100-000 | | 335.91 | 0.00 |

|  |  | | ACCOUNT TOTALS | | 17,986.77 | 17,986.77 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 17,986.77 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,986.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $17,986.77 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/13/2011 08:30 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-05718 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | NIEMIEC, TOM A. | | Bank Name: | The Bank of New York Mellon |
| | NIEMIEC, MARJORIE | | Account: | 9200-******45-66 - Checking Account |
| Taxpayer ID #: | **-***1358 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******45-65 | 18,001.19 | 14.42 | 0.00 |
| Checking # 9200-******45-66 | 0.00 | 17,986.77 | 0.00 |
| | $18,001.19 | $18,001.19 | $0.00 |

{} Asset reference(s)

Printed: 09/13/2011 08:30 AM    V.12.57